IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR353 |
| | ) | |
| v. | ) | |
| | ) | |
| GARY R. BENEDICT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' plea agreement (Filing No. 63). The Court has reviewed the file and finds that the $5,740.00 in United States currency seized from the defendant on April 3, 2010, is presently in the custody of the United States Marshals Service. Pursuant to the plea agreement, the money is to be returned to the defendant by delivery to his attorney's trust account. Accordingly,

IT IS ORDERED that the United States Marshals Service is directed to return the $5,740.00 seized from the defendant by delivering the same to the trust account of his attorney of record, Glenn A. Shapiro, 1001 Farnam Street, Omaha, Nebraska, 68102.

DATED this 27th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court